UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VINCENT POMPONI                                          CIVIL ACTION

versus                                                   NO. 06-7340

JAMES D. COLE, ET AL                                     SECTION: "E"/4


### ORDER OF CONSOLIDATION

**IT IS ORDERED** that the above captioned matter be **CONSOLIDATED** with Civil Action 06-2150 "E"(4), entitled *Kim v. Newpark Resources, Inc., Et Al. (In re NEWPARK RESOURCES, INC., SECURITIES LITIGATION).*

**IT IS FURTHER ORDERED** that the 90 Day Stay Order entered in Civil Action 06-2150 on January 19, 2007, at record document 55, will apply to the captioned case; and

**IT IS FURTHER ORDERED** that the hearing date of February 28, 2007, for James D. Cole's and Matthew W. Hardy's Joint Motion to Dismiss (r.d. #36) and Nominal Defendant Newpark Resources, Inc.'s Motion to Dismiss or Alternatively to Stay (r.d. #18) is **CANCELED**, to be reset for hearing after the termination of the Stay Order.

New Orleans, Louisiana, February 12, 2007.

**MARCEL LIVAUDAIS, JR.**
United States District Judge

Copy to:

    All counsel of record
    Magistrate Judge Roby