U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JULY 31 2007

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

### NEW ORLEANS DIVISION

| | |
|---|---|
| In re NEWPARK RESOURCES, INC. DERIVATIVE LITIGATION | Lead Case No. 06-cv-7340-ML-KWR (Consolidated with No.'s 06-cv-7468; 07-cv-0157) |
| This Document Relates To: | |
| ALL ACTIONS. | |

## PRELIMINARY APPROVAL ORDER

WHEREAS, the Settling Parties have entered into a Stipulation and Agreement of Settlement, dated as of July 16, 2007 (the "Stipulation")[1] relating to the above referenced litigation (the "Action"), which, together with the exhibits thereto, sets forth the terms and conditions for the proposed settlement of the Action and the dismissal of the Action against the Settling Defendants with prejudice and the assignment of Plaintiffs' interest,

---

[1] All capitalized terms used herein have the same meaning defined in the Stipulation.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

if any, in the claims against the Non-Settling Defendants to the Company; and the Court having read and considered the Stipulation and the accompanying documents; and the parties to the Stipulation having consented to entry of this Order;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The terms of the Stipulation, and the Settlement provided therein, are preliminarily approved. A hearing (the "Fairness Hearing"), pursuant to F.R.C.P. 23.1, shall be held before the Court on __OCT. 9, 2007__, at __10:30 a.m.__ in the United States District Court, Eastern District of Louisiana, 500 Poydras Street, RM C151, New Orleans, Louisiana 70130 (or such adjourned time or times as the Court may without further notice direct:

    (a) to determine whether the terms of the Stipulation and the proposed Settlement provided for therein are fair, reasonable, adequate, and should be approved by the Court;

    (b) to determine whether the Final Judgment as provided under the Stipulation should be entered; and

    (c) to rule upon such other matters as the Court may deem appropriate.

2. Plaintiffs' Co-Lead Counsel are authorized to take all acts required by, or which may be given pursuant to, the Stipulation or such other acts which are reasonably necessary to consummate the proposed Settlement set forth in the Stipulation;

3. Within ten (10) days of receipt of this Order, Plaintiffs shall publish the Notice substantially in the form of Exhibit A attached hereto once in *Investor's Business Daily*, and such Notice will refer to Plaintiffs' Co-Lead Counsel's firm website (www.ruflaw.com) where Plaintiff's Co- Lead Counsel will post the complete Stipulation and a copy of this Order for viewing by any shareholder seeking additional information relating to the Settlement. Notice shall also be posted on Newpark's website for a period of 90 days. Plaintiffs shall separately file with the Court and serve upon all counsel no later than seven (7) days prior to the Settlement Hearing an affidavit or declaration stating that the Notice has been published and the other information set forth herein posted in accordance with the terms of this Order;

4. The Court finds that the publication of the Notice provided for in paragraph 9 is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

5. Any Party or shareholder may appear at the Fairness Hearing and show cause why the proposed Settlement of the Action embodied in the Stipulation should not be approved as fair, reasonable, and adequate, or why a judgment should not be entered thereon; provided, however, that no shareholder of Newpark or any other person shall be entitled to contest the approval of the terms and conditions of the proposed Settlement, or, if approved, the judgment to be entered thereon approving the same, unless his, her, or its objection or opposition, including the basis therefor, together with a sworn statement in writing that the person or entity making the objection in opposition is a current shareholder of Newpark and was a shareholder at the time the Notice was sent and stating the number of shares currently held filed with the Court, and mailed by first-class mail

postmarked no later than fourteen (14) days prior to the Fairness Hearing to Brian J. Robbins, Robbins Umeda & Fink LLP, 610 W. Ash St., Suite 1800, San Diego, CA 92101. Plaintiffs' Co-Lead Counsel shall promptly provide copies of any such objections to counsel for defendants. Any shareholder of Newpark who does not make his, her, or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from appearing at the Fairness Hearing or making any objection to the fairness or adequacy of the proposed Settlement as incorporated in the Stipulation, unless otherwise ordered by the Court.

6. Within three (3) business days of receipt of this Order, the Settling Defendants shall pay $25,000 to Plaintiffs' Co-Lead Counsel as payment for costs associated with publishing the Notice. This payment shall be made as provided in the Stipulation.

7. All papers in support of the Settlement shall be filed at least seven (7) days prior to the Fairness Hearing.

8. The Court reserves the right to continue or adjourn the date of the Fairness Hearing and the continuance or adjournment thereof without further notice to the shareholders of Newpark and retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement.

9. Pending final determination as to whether the Settlement contained in the Stipulation should be approved, neither the Plaintiffs, nor any shareholder of Newpark, nor Newpark, either directly, representatively, or in any other capacity shall commence or

prosecute any action or proceeding in any court or tribunal asserting any of the Released Claims against any of the Released Parties.

Dated: July 31, 2007

IT IS SO ORDERED:

Marcel Livaudais, Jr.
Judge, United States District Court,
Eastern District of Louisiana