UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE NEWPARK RESOURCES, INC. DERIVATIVE LITIGATION | * * * * * | CIVIL ACTION NO.: 06-7340 <br> C/W 06-7468, 07-0157, 07-9025 <br><br> (Relates to: 06-7340, 06-7468, 07-0157) |

## ORDER

Considering the foregoing *Ex Parte* and Unopposed Motion to Stay Proceedings and Motion to Render Pending Motions Moot;

**IT IS ORDERED** that all proceedings between Newpark Resources, Inc. and James D. Cole be and hereby is stayed, pending an interim or final award rendered by the arbitrator;

**IT IS FURTHER ORDERED** that the pending Motion to Compel Arbitration [Doc. No. 70] and Motion to Withdraw Funds Deposited in the Registry of the Court or to Reconsider Order Granting Motion to Deposit Funds [Doc. No. 72] filed by James D. Cole are rendered moot.

New Orleans, Louisiana, this  28th  day of February, 2008.

JUDGE

104354