UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re NEWPARK RESOURCES, INC.<br>DERIVATIVE LITIGATION | CIVIL ACTION<br><br>NO. 06-7340<br>C/W 06-7468<br>    07-0157<br>    07-9025 |
| This Document relates to:<br>    ALL ACTIONS | SECTION E/4 |

**O R D E R**

Considering the Court's ORDER dated this date, staying ordering Nos. 06-7340, 06-7468 and 07-0157 pending arbitration of all issues;

**IT IS ORDERED** that the **ORDER OF CONSOLIDATION** consolidating Civil Action No. 07-9025 with Master Case No. 06-7340 and captioned consolidated cases, dated January 22, 2008, entered at record document #67, **BE AND IS HEREBY VACATED.**

New Orleans, Louisiana, this 28TH day of February, 2008.

_____
**MARCEL LIVAUDAIS, JR.**
**Senior United States District Judge**