FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUL 27 AM 9: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE NEWPARK RESOURCES, INC. DERIVATIVE LITIGATION | * * * * | CIVIL ACTION NO.: 06-7340 C/W 06-7468, 07-0157 |
| ************************************ | | (Relates to All Cases) |

## ORDER OF FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE

Considering Joint Consent Motion for Dismissal With Prejudice filed by Newpark Resources, Inc. ("Newpark"), James D. Cole ("Cole"), and Matthew W. Hardey ("Hardey");

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 24th day of July, 2009

_____
U.S. DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

277600v.1